IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SWEET TRADITIONS, L.L.C. and**
**SWEET TRADITIONS OF ILLINOIS, L.L.C.,**

    **Plaintiffs,**

vs.

**KRISPY KREME DOUGHNUT**
**CORPORATION,**

    **Defendant.**                                                                 **Case No.   05-CV-511-DRH**

## ORDER

**HERNDON, District Judge:**

    The parties have filed a Stipulation For Dismissal With Prejudice (Doc. 30), subsequent to a stay being entered in this case so that the parties could conduct arbitration proceedings.  As it appears from the Stipulation (Doc. 30) that the parties have settled all claims and matters herein, the Court **LIFTS** the **STAY** and **ACKNOWLEDGES** that this case is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

    **IT IS SO ORDERED.**

    Signed this 28th day of August, 2006.

                                                                  /s/         David   RHerndon
                                                                  **United States District Judge**