# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SWEET TRADITIONS, L.L.C. and**
**SWEET TRADITIONS OF ILLINOIS, L.L.C.,**

    **Plaintiffs,**

    vs.                                                                                         Cause No.  05-CV-511 DRH

**KRISPY KREME DOUGHNUT**
**CORPORATION,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

                                                                                                 **NORBERT G. JAWORSKI, CLERK**

August 29, 2006                                                                 By:   s/Patricia Brown
                                                                                                      Deputy Clerk

APPROVED:/s/          David   RHerndon
            **U.S. DISTRICT JUDGE**